## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| Michael & Ruthanne Amwoza | ) | Bankruptcy No. 14 B 10749 |
| | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Judge Timothy A. Barnes |
| | ) | |

### DEBTOR'S FINAL REPORT PURSUANT TO BANKRUPTCY RULE 1019

NOW COME the Debtors, Michael and Ruthanne Amwoza, by and through their attorneys,

David P. Lloyd, Ltd., and, pursuant to Rule 1019 of the Rules of Bankruptcy Procedure, make the

following final report.

1. This case was filed as a Chapter 11 on March 25, 2014.

2. The case was converted to a Chapter 7 on the motion of the United States Trustee on

June 25, 2014.

3. The Debtors incurred the following debts after the filing of the petition and before

conversion of the case:        NONE

4. The Debtors obtained the following property after the filing of the petition and before

conversion of the case:  None, except salary reported in the monthly reports filed by the Debtors.

5. The Debtors entered into the following executory contracts and unexpired leases after the

filing of the petition and before conversion of the case:        NONE

Respectfully submitted,
Michael and Ruthanne Amwoza


By:_____/s/ David P. Lloyd_____
            One of their attorneys

David P. Lloyd
David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange IL  60525
708-937-1264
Fax: 708-937-1265