## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 14-10749 |
| MICHAEL J. AMWOZA and | ) | |
| RUTHANNE AMWOZA, | ) | CHAPTER 7 |
| | ) | |
| Debtor(s). | ) | JUDGE TIMOTHY A. BARNES |
| | ) | |

### TRUSTEE'S REPORT OF SALE

Pursuant to F.R.B.P. 6004(f), trustee, Peter N. Metrou, hereby reports the results of the sale conducted on March 30, 2015, following the trustee's Motion to Sell Property Free and Clear of Liens, which was granted by Court Order dated March 10, 2015:

Real Estate: located at 111 Ash Street, Frankfort, IL 60423
Sold To: Melrose Properties, LLC

Price: $144,000.00

Allocations:
| | | |
|---|---|---|
| | Broker's Fees: | $ 8,640.00 |
| | Real Estate Taxes- 2013 | $ 2,206.99 |
| Credit to Buyer- | Real Estate Taxes- 2014 | $ 3,840.56 |
| Credit to Buyer- | Real Estate Taxes- 2015 | $ 936.46 |
| | Misc. Closing Costs | $ 2,351.50 |
| | | $ 17,975.51 |
| | Net to Bankruptcy Estate | **$126,024.49** |

*/s/ Peter N. Metrou*
**Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171