# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
 §
MICHAEL J. AMWOZA § Case No. 14-10749
RUTHANNE AMWOZA §
 §
 §
Debtors §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter of the United States Bankruptcy Code was filed on 03/25/2014 . The case was converted to one under Chapter 7 on 06/25/2014 . The undersigned trustee was appointed on 07/09/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                       $     327,780.05

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 51,340.94 |
| Bank service fees | 1,954.57 |
| Other payments to creditors | 2,569.27 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 30,000.00 |
| Other payments to the debtor | 0.00 |

   Leaving a balance on hand of[1]            $     241,915.27

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)  *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  12/16/2014  and the deadline for filing governmental claims was  12/16/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 18,139.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 18,139.00 , for a total compensation of $ 18,139.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 1,242.21 , for total expenses of $ 1,242.21 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/01/2016                By: /s/Peter N. Metrou, Trustee
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 14-10749 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | MICHAEL J. AMWOZA | | | | Date Filed (f) or Converted (c): | 06/25/2014 (c) |
| | RUTHANNE AMWOZA | | | | 341(a) Meeting Date: | 08/11/2014 |
| For Period Ending: | 07/01/2016 | | | | Claims Bar Date: | 12/16/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 6 UNIT APT BLDG | 25,000.00 | 0.00 | OA | 0.00 | FA |
| 2. 6 UNIT APT BLDG | 25,000.00 | 0.00 | OA | 0.00 | FA |
| 3. COMMERCAIL BLDG | 168,500.00 | 144,675.00 | | 144,705.49 | FA |
| 4. RESIDENCE | 165,000.00 | 0.00 | | 163,000.00 | FA |
| 5. VACANT LOT | 1,000.00 | 0.00 | | 3,500.00 | FA |
| 6. CHARTER ONE BANK ACCT | 898.00 | 0.00 | | 0.00 | FA |
| 7. OLD PLANK TRAIL CHECKING ACCT | 1,448.00 | 0.00 | | 0.00 | FA |
| 8. PROPERTY MGMT ACCT | 1,004.00 | 0.00 | | 1,674.56 | FA |
| 9. CAPITAL ONE SAVINGS ACCT | 224.00 | 0.00 | | 0.00 | FA |
| 10. HOUSEHOLD GOODS | 2,000.00 | 0.00 | | 0.00 | FA |
| 11. BOOKS/COLLECTIBLES | 100.00 | 0.00 | | 0.00 | FA |
| 12. ORGAN | 0.00 | 0.00 | | 0.00 | FA |
| 13. MISC CLOTHES | 200.00 | 0.00 | | 0.00 | FA |
| 14. MISC JEWELRY | 1,000.00 | 0.00 | | 0.00 | FA |
| 15. DAISY PELLET RIFLE | 10.00 | 0.00 | | 0.00 | FA |
| 16. LINCOLN FIN LIFE INSURANCE POLICY | 0.00 | 0.00 | | 0.00 | FA |
| 17. 401(k) PLAN | 58,000.00 | 0.00 | | 0.00 | FA |
| 18. 100% STOCK IN AMPRO INS | 30,000.00 | 0.00 | | 0.00 | FA |
| 19. 100% STOCK IN AMPRO MOTORMEN | 0.00 | 0.00 | | 0.00 | FA |
| 20. 100% STOCK IN AMPRO TRANSIT | 0.00 | 0.00 | | 0.00 | FA |
| 21. LIFE INS - TERM POLICY | 0.00 | 0.00 | | 0.00 | FA |
| 22. 1952 STUDEBAKER | 5,777.00 | 0.00 | | 3,750.00 | FA |
| 23. 1962 STUDEBAKER | 2,500.00 | 0.00 | | 1,500.00 | FA |
| 24. 2000 JEEP CHEROKEE | 3,500.00 | 0.00 | | 4,350.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 14-10749 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | MICHAEL J. AMWOZA | | | | Date Filed (f) or Converted (c): | 06/25/2014 (c) |
| | RUTHANNE AMWOZA | | | | 341(a) Meeting Date: | 08/11/2014 |
| For Period Ending: | 07/01/2016 | | | | Claims Bar Date: | 12/16/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 25. 2009 CHRYSLER T&C VAN | 11,926.00 | 0.00 | | 0.00 | FA |
| 26. 1976 RANGER BASS BOAT | 1,040.00 | 0.00 | | 300.00 | FA |
| 27. 2006 ALUMICRAFT BOAT /MOTOR/TRAILER | 7,675.00 | 0.00 | | 5,000.00 | FA |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)        $511,802.00        $144,675.00                    $327,780.05        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Assets liquidated; accountant employed - taxes filed and awaiting prompt determination.

| RE PROP # | 1 | -- | 14933 Washington, Harvey, IL.  Abandoned by Court Order. |
| RE PROP # | 2 | -- | 14935 Washington, Harvey, IL.  Abandoned by Court Order. |
| RE PROP # | 3 | -- | 111 ASH ST., FRANKFORT, IL |
| RE PROP # | 4 | -- | 19939 S. ROSEWOOD, FRANKFORT, IL |
| RE PROP # | 5 | -- | ADELAIDE AVE, LOT 19 BLK 732 12TH ADD TO PORT CHARLOTTE, SARASOTA, FL |
| RE PROP # | 16 | -- | BORROWED AGAINST FULL VALUE |

Initial Projected Date of Final Report (TFR): 12/01/2015        Current Projected Date of Final Report (TFR): 12/31/2016

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 14-10749 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: MICHAEL J. AMWOZA | Bank Name: Associated Bank |
| RUTHANNE AMWOZA | Account Number/CD#: XXXXXX5223 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX9469 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 07/01/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/12/14 | | AMERICAN AUCTION ASSOCIATES, INC. 508 West Brittany DriveArlington Heights, IL 60004 | Auction proceeds | | $5,250.00 | | $5,250.00 |
| | | | Gross Receipts  $5,250.00 | | | | |
| | 22 | | 1952 STUDEBAKER  $3,750.00 | 1129-000 | | | |
| | 23 | | 1962 STUDEBAKER  $1,500.00 | 1129-000 | | | |
| 01/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.00 | $5,240.00 |
| 01/20/15 | 5001 | AMERICAN AUCTION 851 S. Thomas AvenueBridgeview, IL 70455 | per 1-7-15 o/c Auctioneer fees | 3610-000 | | $635.42 | $4,604.58 |
| 01/26/15 | 3 | ABBATIELLO, REBECCA 111 Ash StreetApartment 2Frankfort, Illinois 60423 | Tenant Rent | 1122-000 | $675.00 | | $5,279.58 |
| 01/30/15 | 27 | DNS EXTERIOR, INC. A/K/A David Januski | Sale of Boat | 1129-000 | $5,000.00 | | $10,279.58 |
| 02/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.00 | $10,269.58 |
| 02/20/15 | | FIRST AMERICAN TITLE INS. CO. 18501 Maple Creek Drive, Suite 950Tinley Park, IL 60477 | Sale of Rosewood Real Estate | | $100,512.29 | | $110,781.87 |
| | | | Gross Receipts  $163,000.00 | | | | |
| | | | Closing Costs  ($4,927.99) | 2500-000 | | | |
| | | | Repairs on RE by Creditors  ($10,150.00) | 2420-000 | | | |
| | | AMWOZA, MICHAEL J. MICHAEL J. AMWOZA19939 S. ROSEWOOD DR.FRANKFORT, IL 60423 | Homestead Exemption  ($30,000.00) | 8100-002 | | | |
| | | | Tax & Tax Credits  ($7,629.72) | 2820-000 | | | |

| | | |
|---|---|---|
| UST Form 101-7-TFR (5/1/2011)  *(Page: 5)* | Page Subtotals:  $111,437.29 | $655.42 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 14-10749 | | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | MICHAEL J. AMWOZA | | Bank Name: | Associated Bank |
| | RUTHANNE AMWOZA | | Account Number/CD#: | XXXXXX5223 |
| | | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX9469 | | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 07/01/2016 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Broker Commission ($9,780.00) | 3510-000 | | | |
| | 4 | | RESIDENCE $163,000.00 | 1110-000 | | | |
| 03/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $38.74 | $110,743.13 |
| 03/19/15 | 5002 | ADAMS LEVINE SURETY BOND AGENCY60 EAST 42ND STREET, ROOM 965NEW YORK, NY 10165 | BOND PREMIUM BOND# 10BSBGR6291 | 2300-000 | | $5.07 | $110,738.06 |
| 03/19/15 | 5003 | FIRST MIDWEST BANK 2801 W. Jefferson StreetJoliet, IL 60435 | Document fee | 2990-000 | | $200.00 | $110,538.06 |
| 03/21/15 | 5003 | Reverses Check # 5003 | Document fee Fee Waived - no need for check | 2990-000 | | ($200.00) | $110,738.06 |
| 03/26/15 | | AMPRO PROPERTIES M J Amwoza DBAP.O. Box 514Frankfort, IL 60423 | Transaction reversed. | 1122-000 | $2,489.53 | | $113,227.59 |
| 04/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $165.48 | $113,062.11 |
| 04/08/15 | | FIRST AMERICAN TITLE CO. 167 N. Ottawa Street, Ste 102Joliet, IL 60432 | Sales proceeds of Commercial Prop | | $126,024.49 | | $239,086.60 |
| | | | Gross Receipts $144,000.00 | | | | |
| | | REALTY EXECUTIVES Realty Executives $4,170Century 21 Affiliated $4,470 | Brokers Fees ($8,640.00) | 3510-000 | | | |
| | | WILL COUNTY ASSESSOR Will County Assessor | 2013 Real Estate Taxes ($2,206.99) | 4700-000 | | | |
| | | MELROSE PROPERTIES LLC Melrose Properties LLC | 2014 R.E. Tax Credit to Buyer ($3,840.56) | 2500-000 | | | |
| | | MELROSE PROPERTIES LLC Melrose Porperties LLC | 2015 RE Tax Credit to Buyer ($936.46) | 2500-000 | | | |
| | | FIRST AMERICAN TITLE INS. First American Title Ins. | Miscellaneous Closing Costs ($2,351.50) | 2500-000 | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*     Page Subtotals:     $128,514.02     $209.29

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 14-10749 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: MICHAEL J. AMWOZA | Bank Name: Associated Bank |
| RUTHANNE AMWOZA | Account Number/CD#: XXXXXX5223 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX9469 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 07/01/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 3 | | COMMERCAIL BLDG   $144,000.00 | 1110-000 | | | |
| 04/29/15 | | AMERICAN AUCTION ASSOCIATES, INC. 508 West Brittany DriveArlington Heights, IL 60004 | Auction proceeds for vehicles | | $4,650.00 | | $243,736.60 |
| | | | Gross Receipts   $4,650.00 | | | | |
| | 26 | | 1976 RANGER BASS BOAT   $300.00 | 1129-000 | | | |
| | 24 | | 2000 JEEP CHEROKEE   $4,350.00 | 1129-000 | | | |
| 04/30/15 | 5004 | AMERICAN AUCTION 460 Irmen DriveAddison, IL 60101 | Fees - 4-11-15 Auction | 3610-000 | | $518.87 | $243,217.73 |
| 04/30/15 | | Reverses Deposit # 5 | Check not honored Bank balance did not support payment | 1122-000 | ($2,489.53) | | $240,728.20 |
| 05/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $292.47 | $240,435.73 |
| 05/14/15 | | ASSOCIATED BANK | BANK SERVICE FEES | 2600-000 | | $12.00 | $240,423.73 |
| 06/05/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $357.73 | $240,066.00 |
| 07/02/15 | 8 | AMWOZA, MICHAEL | Liquidation of bank acct | 1129-000 | $1,674.56 | | $241,740.56 |
| 07/02/15 | | MAJESTY TITLE SERVICES, LLC 4006 S. MacDill AvenueTampa, FL 33611 | Sale proceeds for vacant lot | | $1,924.40 | | $243,664.96 |
| | | | Gross Receipts   $3,500.00 | | | | |
| | | MARK MALINOWSKI Mark Malinowski | Credit to Buyer 2015 RE taxes   ($168.54) | 2500-000 | | | |
| | | KELLER WILLIAMS Keller Williams $175.00Bright Realty $175.00 | Brokers Fees   ($350.00) | 3510-000 | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*    Page Subtotals:   $5,759.43   $1,181.07

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 14-10749 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: MICHAEL J. AMWOZA | Bank Name: Associated Bank |
| RUTHANNE AMWOZA | Account Number/CD#: XXXXXX5223 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX9469 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 07/01/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | BARBARA FORD-COATES<br>Florida Tax Collector<br>101 S Washington Vive<br>Sarastota, FL  34236 | Real Estate taxes 2014    ($362.28) | 4700-000 | | | |
| | | MAJESTY TITLE SERVICES LLC<br>Majesty Title Services, LLC | Closing Costs    ($694.78) | 2500-000 | | | |
| | 5 | | VACANT LOT    $3,500.00 | 1110-000 | | | |
| 07/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $345.37 | $243,319.59 |
| 08/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $361.57 | $242,958.02 |
| 09/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $361.21 | $242,596.81 |
| 10/19/15 | 3 | FIRST AMERICAN TITLE INSURANCE COMP<br>8501 Maple Creek Dr, Suite 950Tinely Park, IL 60477 | Refund of closing fee | 1110-000 | $30.49 | | $242,627.30 |
| 01/18/16 | 5005 | ILLINOIS DEPARTMENT OF REVENUE<br>P.O. Box 19053Springfield, IL 62794-9053 | 2015 Return for Tax ID#81-6210476 Bankruptcy Estate of Ruthanne Amwoza<br>Bankruptcy Case No. 14-10749<br>Northern District of Illinois | 2820-000 | | $289.00 | $242,338.30 |
| 01/18/16 | 5006 | ILLINOIS DEPARTMENT OF REVENUE<br>P.O. Box 19053Springfield, IL 62794-9053 | 2015 Return for Tax ID#47-6669469 Bankruptcy Estate of Michael Amwoza<br>Bankruptcy Case No. 14-10749<br>Northern District of Illinois | 2820-000 | | $289.00 | $242,049.30 |
| 03/17/16 | 5007 | ARTHUR B. LEVINE COMPANY<br>370 Lexington Avenue, Suite 1101New York, NY 10017 | Chapter 7 Bankruptcy Bond Premium Bond Number 10BSBGR6291 | 2300-000 | | $134.03 | $241,915.27 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $245,741.23 | $3,825.96 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $245,741.23 | $3,825.96 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*                    Page Subtotals:           $30.49        $1,780.18

| | | |
|---|---:|---:|
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $245,741.23 | $3,825.96 |

Exhibit B

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5223 - Checking Account (Non-Interest Earn | $245,741.23 | $3,825.96 | $241,915.27 |
| | $245,741.23 | $3,825.96 | $241,915.27 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $82,038.82 |
| Total Net Deposits: | $245,741.23 |
| Total Gross Receipts: | $327,780.05 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-10749-TAB  
Debtor Name: MICHAEL J. AMWOZA  
Claims Bar Date: 12/16/2014  
Date: July 1, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 7A 1 2950 | OFFICE OF THE U.S. TRUSTEE <B>(ADMINISTRATIVE)</B> 219 S. Dearborn St. Room 873 Chicago, IL  60604 | Administrative Payment Status: Withdrawn | Per Linda Saladin from UST Office this claim was previously paid but claim not withdrawn.  Directed by Linda to remove from payment status. | $0.00 | $325.00 | $0.00 |
| 1 3410 | POPOWCER KATTEN 35 EAST WACKER DRIVE SUITE 1550 CHICAGO, IL  60601 | Administrative Payment Status: Valid To Pay | | $0.00 | $2,397.00 | $2,397.00 |
| 6A 40 5800 | INTERNAL REVENUE SERVICE Post Office Box 7346 Philadelphia, PA  19101-7346 | Priority Payment Status: Valid To Pay | | $0.00 | $28,868.25 | $28,868.25 |
| 1 70 7100 | DISCOVER BANK DB Servicing Corporation PO Box 3025 New Albany, OH  43054-3025 | Unsecured Payment Status: Valid To Pay | | $0.00 | $15,513.37 | $15,513.37 |
| 2 70 7100 | LAURA SIEBERT 816 Fargo, Apt. 3 Geneva, IL  60134 | Unsecured Payment Status: Valid To Pay | | $0.00 | $9,342.00 | $9,342.00 |
| 3 70 7100 | CAPITAL ONE BANK (USA), N.A. American InfoSource LP as agent PO Box 71083 Charlotte, NC  28272-1083 | Unsecured Payment Status: Valid To Pay | (3-1) modified on 5/7/14 to correct creditor address/name (nm) | $0.00 | $29,086.74 | $29,086.74 |
| 4 70 7100 | CAPITAL ONE BANK (USA), N.A. American InfoSource LP as agent PO Box 71083 Charlotte, NC  28272-1083 | Unsecured Payment Status: Valid To Pay | (4-1) modified on 5/7/14 to correct creditor address/name (nm) | $0.00 | $3,800.97 | $3,800.97 |
| 5 70 7100 | COMMUNITY INVESTMENT CORP c/o Hauselman Rappin & Olswang Ltd 39 S. LaSalle St., Suite 1105 Chicago, IL  60603 | Unsecured Payment Status: Valid To Pay | (5-1) modified on 5/28/14 to correct creditor address/name (nm)(5-2) modified address 12/30/2015-ps(5-3) Modified to correct address on 5/15/15 - lw | $0.00 | $454,271.32 | $454,271.32 |
| 6B 70 7100 | INTERNAL REVENUE SERVICE INTERNAL REVENUE SERVICE | Unsecured Payment Status: Valid To Pay | | $0.00 | $11,484.41 | $11,484.41 |

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-10749-TAB  
Debtor Name: MICHAEL J. AMWOZA  
Claims Bar Date: 12/16/2014

Date: July 1, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 9 70 7100 | JOHN R. AMWOZA<br>71 West Street<br>Bristol, IL  60512 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $8,000.00 | $8,000.00 |
| 10 70 7100 | AMERICAN EXPRESS BANK, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  19355-0701 | Unsecured<br>Payment Status:<br>Valid To Pay | (10-1) CREDIT CARD DEBT | $0.00 | $5,871.56 | $5,871.56 |
| 11 70 7100 | CITIBANK, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City, OK  73124-8840 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $4,961.62 | $4,961.62 |
| 100 2100 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL  60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $18,139.00 | $18,139.00 |
| 100 2200 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL  60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $1,242.21 | $1,242.21 |
| BOND 999 2300 | ARTHUR B. LEVINE COMPANY<br>370 Lexington Avenue, Suite 1101<br>New York, NY  10017 | Administrative<br>Payment Status:<br>Valid To Pay | Extended Check Description Notes from conversion:<br>Bond Number 10BSBGR6291 | $0.00 | $139.10 | $139.10 |
| | Case Totals | | | $0.00 | $593,442.55 | $593,117.55 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-10749
Case Name: MICHAEL J. AMWOZA
 RUTHANNE AMWOZA
Trustee Name: Peter N. Metrou, Trustee

| | | |
|---|---|---|
| Balance on hand | $ | 241,915.27 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 18,139.00 | $ 0.00 | $ 18,139.00 |
| Trustee Expenses: Peter N. Metrou | $ 1,242.21 | $ 0.00 | $ 1,242.21 |
| Accountant for Trustee Fees: POPOWCER KATTEN | $ 2,397.00 | $ 0.00 | $ 2,397.00 |
| Other: ARTHUR B. LEVINE COMPANY | $ 139.10 | $ 139.10 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 21,778.21 |
| Remaining Balance | $ 220,137.06 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 28,868.25 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6A | INTERNAL REVENUE SERVICE | $ 28,868.25 | $ 0.00 | $ 28,868.25 |
| | Total to be paid to priority creditors | | | $ 28,868.25 |
| | Remaining Balance | | | $ 191,268.81 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 542,331.99 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 35.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $ 15,513.37 | $ 0.00 | $ 5,471.23 |
| 2 | LAURA SIEBERT | $ 9,342.00 | $ 0.00 | $ 3,294.72 |
| 3 | CAPITAL ONE BANK (USA), N.A. | $ 29,086.74 | $ 0.00 | $ 10,258.27 |
| 4 | CAPITAL ONE BANK (USA), N.A. | $ 3,800.97 | $ 0.00 | $ 1,340.52 |
| 5 | COMMUNITY INVESTMENT CORP | $ 454,271.32 | $ 0.00 | $ 160,211.71 |
| 6B | INTERNAL REVENUE SERVICE | $ 11,484.41 | $ 0.00 | $ 4,050.30 |
| 9 | JOHN R. AMWOZA | $ 8,000.00 | $ 0.00 | $ 2,821.43 |
| 10 | AMERICAN EXPRESS BANK, FSB | $ 5,871.56 | $ 0.00 | $ 2,070.77 |
| 11 | CITIBANK, N.A. | $ 4,961.62 | $ 0.00 | $ 1,749.86 |
| | Total to be paid to timely general unsecured creditors | | | $ 191,268.81 |

    Remaining Balance                                                                             $                0.00

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE