## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | **CASE NO. 14-10749** |
| **MICHAEL J. AMWOZA and** | ) | |
| **RUTHANNE AMWOZA,** | ) | **CHAPTER 7** |
| | ) | |
| Debtor(s). | ) | **JUDGE TIMOTHY A. BARNES** |
| | ) | **(Chicago)** |

## NOTICE OF MOTION

To:   See Attached Service List

### TRUSTEE'S CERTIFICATE OF SERVICE FOR
### NOTICE OF TRUSTEE'S FINAL REPORT

### PROOF OF SERVICE

I, the undersigned attorney, certify that I served a copy of this Notice and attached Motion upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 1st day of July, 2016, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

　　　　　　　　　　　　　　　　　　　　　　　　  */s/ Peter N. Metrou*　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　**Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

**By ECF:**
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

The Firm of David P LLoyd LTD
615B S LaGrange Rd
Lagrange, Il 60525

**By US Mail:**
Michael J. and Ruthanne Amwoza
19939 S. Rosewood Dr.
Frankfort, IL 60423-8169

John R. Amwoza
71 West Street
Bristol, IL 60512-9764

AMPRO Insurance Agency Inc
111 S Ash St
Frankfort, Il 60423-1572

American Express
Box 0001
Los Angeles, CA 90096-8000

Barbara Ford-Coates
Florida Tax Collector
101 S Washington Vive
Sarastota, FL 34236-6993

Capital One Visa
P O Box 6492
Carol Stream, IL 60197-6492

Community Investment Corp
c/o Hauselman Rappin & Olswang Ltd
39 S Lasalle ST Ste 1105
Chicago, IL 60603-1720

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025

American Express
P O Box 981535
El Paso, TX 79998-1535

Capital One
PO Box 6492
Carol Stream, IL 60197-6492

Citi Master Card
P.O. Box 688957
Des Moines, IA 50368-8957

Discover Card
P O Box 6013
Carol Stream, Il 60197-6013

Laura Siebert
816 Fargo, Apt. 3
Geneva, IL 60134-3263

Rebecca Abbatiello
111 S Ash St #2
Frankfort, Il 60423-1576

Abraham Contreas
111 S Ash St #3
Frankfort, Il 60423-1576

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Capital One Bank (USA), N.A.
American InfoSource LP as agent

2

PO Box 71083
Charlotte, NC 28272-1083

City of Harvey
Water Department
15320 Broadway
Harvey, IL 60426-3305

Internal Revenue Service
Post Office Box 7346
Philadelphia, PA 19101-7346

Lincoln Financial Grp
P O Box 21008
Greensboro, NC 27420-1008

Resort Management Inc
555 Anton Blvd Ste 100
Costa Mesa, CA 92626-7071

Sears Citi M/c
P O Box 688957
Des Moines, IA 50368-8957

James J Siwek
11952 S Harlem Ave Suite 200D
Palos Heights, IL 60463-1490

At&T Universal Card
P O Box 183071
Columbus, OH 43218