# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| MICHAEL J. AMWOZA § | Case No. 14-10749 |
| RUTHANNE AMWOZA § | |
| § | |
| Debtors § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 88,434.00                       Assets Exempt: 70,776.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 222,706.33      Claims Discharged
                                                   Without Payment: 351,063.18

Total Expenses of Administration: 75,073.72

---

3) Total gross receipts of $ 327,780.05 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 30,000.00 (see **Exhibit 2**), yielded net receipts of $ 297,780.05 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 2,569.27 | $ 2,569.27 | $ 2,569.27 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 75,398.72 | 75,073.72 | 75,073.72 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 28,868.25 | 28,868.25 | 28,868.25 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 542,331.99 | 542,331.99 | 191,268.81 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 649,168.23 | $ 648,843.23 | $ 297,780.05 |

   4)  This case was originally filed under chapteron  03/25/2014 , and it was converted to chapter 7 on  06/25/2014 .  The case was pending for 28 months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated:  10/31/2016              By:/s/Peter N. Metrou, Trustee
                                                        Trustee

   **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| COMMERCAIL BLDG | 1110-000 | 144,030.49 |
| RESIDENCE | 1110-000 | 163,000.00 |
| VACANT LOT | 1110-000 | 3,500.00 |
| COMMERCAIL BLDG | 1122-000 | 675.00 |
| 1952 STUDEBAKER | 1129-000 | 3,750.00 |
| 1962 STUDEBAKER | 1129-000 | 1,500.00 |
| 1976 RANGER BASS BOAT | 1129-000 | 300.00 |
| 2000 JEEP CHEROKEE | 1129-000 | 4,350.00 |
| 2006 ALUMICRAFT BOAT /MOTOR/TRAILER | 1129-000 | 5,000.00 |
| PROPERTY MGMT ACCT | 1129-000 | 1,674.56 |
| TOTAL GROSS RECEIPTS | | $327,780.05 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MICHAEL J. AMWOZA | Exemptions | 8100-002 | 30,000.00 |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 30,000.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BARBARA FORD-COATES | 4700-000 | NA | 362.28 | 362.28 | 362.28 |
| | WILL COUNTY ASSESSOR | 4700-000 | NA | 2,206.99 | 2,206.99 | 2,206.99 |
| TOTAL SECURED CLAIMS | | | $ NA | $ 2,569.27 | $ 2,569.27 | $ 2,569.27 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 18,139.00 | 18,139.00 | 18,139.00 |
| Peter N. Metrou | 2200-000 | NA | 1,242.21 | 1,242.21 | 1,242.21 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 139.10 | 139.10 | 139.10 |
| FIRST AMERICAN TITLE INS. CO. | 2420-000 | NA | 10,150.00 | 10,150.00 | 10,150.00 |
| FIRST AMERICAN TITLE INS. | 2500-000 | NA | 2,351.50 | 2,351.50 | 2,351.50 |
| FIRST AMERICAN TITLE INS. CO. | 2500-000 | NA | 4,927.99 | 4,927.99 | 4,927.99 |
| MAJESTY TITLE SERVICES LLC | 2500-000 | NA | 694.78 | 694.78 | 694.78 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MARK MALINOWSKI | 2500-000 | NA | 168.54 | 168.54 | 168.54 |
| MELROSE PROPERTIES LLC | 2500-000 | NA | 4,777.02 | 4,777.02 | 4,777.02 |
| Associated Bank | 2600-000 | NA | 1,954.57 | 1,954.57 | 1,954.57 |
| FIRST AMERICAN TITLE INS. CO. | 2820-000 | NA | 7,629.72 | 7,629.72 | 7,629.72 |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | NA | 578.00 | 578.00 | 578.00 |
| OFFICE OF THE U.S. TRUSTEE | 2950-000 | NA | 325.00 | 0.00 | 0.00 |
| POPOWCER KATTEN | 3410-000 | NA | 2,397.00 | 2,397.00 | 2,397.00 |
| FIRST AMERICAN TITLE INS. CO. | 3510-000 | NA | 9,780.00 | 9,780.00 | 9,780.00 |
| KELLER WILLIAMS | 3510-000 | NA | 350.00 | 350.00 | 350.00 |
| REALTY EXECUTIVES | 3510-000 | NA | 8,640.00 | 8,640.00 | 8,640.00 |
| AMERICAN AUCTION | 3610-000 | NA | 1,154.29 | 1,154.29 | 1,154.29 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 75,398.72 | $ 75,073.72 | $ 75,073.72 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6A | INTERNAL REVENUE SERVICE | 5800-000 | NA | 28,868.25 | 28,868.25 | 28,868.25 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 28,868.25 | $ 28,868.25 | $ 28,868.25 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | AMERICAN EXPRESS BANK, FSB | 7100-000 | NA | 5,871.56 | 5,871.56 | 2,070.77 |
| 3 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 29,086.74 | 29,086.74 | 10,258.27 |
| 4 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 3,800.97 | 3,800.97 | 1,340.52 |
| 11 | CITIBANK, N.A. | 7100-000 | NA | 4,961.62 | 4,961.62 | 1,749.86 |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | COMMUNITY INVESTMENT CORP | 7100-000 | NA | 454,271.32 | 454,271.32 | 160,211.71 |
| 1 | DISCOVER BANK | 7100-000 | NA | 15,513.37 | 15,513.37 | 5,471.23 |
| 6B | INTERNAL REVENUE SERVICE | 7100-000 | NA | 11,484.41 | 11,484.41 | 4,050.30 |
| 9 | JOHN R. AMWOZA | 7100-000 | NA | 8,000.00 | 8,000.00 | 2,821.43 |
| 2 | LAURA SIEBERT | 7100-000 | NA | 9,342.00 | 9,342.00 | 3,294.72 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 542,331.99 | $ 542,331.99 | $ 191,268.81 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 14-10749 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | MICHAEL J. AMWOZA | | | | Date Filed (f) or Converted (c): | 06/25/2014 (c) |
| | RUTHANNE AMWOZA | | | | 341(a) Meeting Date: | 08/11/2014 |
| For Period Ending: | 10/31/2016 | | | | Claims Bar Date: | 12/16/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 6 UNIT APT BLDG | 25,000.00 | 0.00 | OA | 0.00 | FA |
| 2. 6 UNIT APT BLDG | 25,000.00 | 0.00 | OA | 0.00 | FA |
| 3. COMMERCAIL BLDG | 168,500.00 | 144,675.00 | | 144,705.49 | FA |
| 4. RESIDENCE | 165,000.00 | 0.00 | | 163,000.00 | FA |
| 5. VACANT LOT | 1,000.00 | 0.00 | | 3,500.00 | FA |
| 6. CHARTER ONE BANK ACCT | 898.00 | 0.00 | | 0.00 | FA |
| 7. OLD PLANK TRAIL CHECKING ACCT | 1,448.00 | 0.00 | | 0.00 | FA |
| 8. PROPERTY MGMT ACCT | 1,004.00 | 0.00 | | 1,674.56 | FA |
| 9. CAPITAL ONE SAVINGS ACCT | 224.00 | 0.00 | | 0.00 | FA |
| 10. HOUSEHOLD GOODS | 2,000.00 | 0.00 | | 0.00 | FA |
| 11. BOOKS/COLLECTIBLES | 100.00 | 0.00 | | 0.00 | FA |
| 12. ORGAN | 0.00 | 0.00 | | 0.00 | FA |
| 13. MISC CLOTHES | 200.00 | 0.00 | | 0.00 | FA |
| 14. MISC JEWELRY | 1,000.00 | 0.00 | | 0.00 | FA |
| 15. DAISY PELLET RIFLE | 10.00 | 0.00 | | 0.00 | FA |
| 16. LINCOLN FIN LIFE INSURANCE POLICY | 0.00 | 0.00 | | 0.00 | FA |
| 17. 401(k) PLAN | 58,000.00 | 0.00 | | 0.00 | FA |
| 18. 100% STOCK IN AMPRO INS | 30,000.00 | 0.00 | | 0.00 | FA |
| 19. 100% STOCK IN AMPRO MOTORMEN | 0.00 | 0.00 | | 0.00 | FA |
| 20. 100% STOCK IN AMPRO TRANSIT | 0.00 | 0.00 | | 0.00 | FA |
| 21. LIFE INS - TERM POLICY | 0.00 | 0.00 | | 0.00 | FA |
| 22. 1952 STUDEBAKER | 5,777.00 | 0.00 | | 3,750.00 | FA |
| 23. 1962 STUDEBAKER | 2,500.00 | 0.00 | | 1,500.00 | FA |
| 24. 2000 JEEP CHEROKEE | 3,500.00 | 0.00 | | 4,350.00 | FA |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-10749 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | MICHAEL J. AMWOZA | | | | Date Filed (f) or Converted (c): | 06/25/2014 (c) |
| | RUTHANNE AMWOZA | | | | 341(a) Meeting Date: | 08/11/2014 |
| For Period Ending: | 10/31/2016 | | | | Claims Bar Date: | 12/16/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 25. 2009 CHRYSLER T&C VAN | 11,926.00 | 0.00 | | 0.00 | FA |
| 26. 1976 RANGER BASS BOAT | 1,040.00 | 0.00 | | 300.00 | FA |
| 27. 2006 ALUMICRAFT BOAT /MOTOR/TRAILER | 7,675.00 | 0.00 | | 5,000.00 | FA |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)  $511,802.00  $144,675.00  $327,780.05  $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Assets liquidated; accountant employed - taxes filed and awaiting prompt determination.

| RE PROP # | 1 | -- | 14933 Washington, Harvey, IL. Abandoned by Court Order. |
| RE PROP # | 2 | -- | 14935 Washington, Harvey, IL. Abandoned by Court Order. |
| RE PROP # | 3 | -- | 111 ASH ST., FRANKFORT, IL |
| RE PROP # | 4 | -- | 19939 S. ROSEWOOD, FRANKFORT, IL |
| RE PROP # | 5 | -- | ADELAIDE AVE, LOT 19 BLK 732 12TH ADD TO PORT CHARLOTTE, SARASOTA, FL |
| RE PROP # | 16 | -- | BORROWED AGAINST FULL VALUE |

Initial Projected Date of Final Report (TFR): 12/01/2015    Current Projected Date of Final Report (TFR): 12/31/2016

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-10749 | Trustee Name: | Peter N. Metrou, Trustee |
| --- | --- | --- | --- |
| Case Name: | MICHAEL J. AMWOZA | Bank Name: | Associated Bank |
| | RUTHANNE AMWOZA | Account Number/CD#: | XXXXXX5223 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX9469 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 10/31/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/12/14 | | AMERICAN AUCTION ASSOCIATES, INC.<br>508 West Brittany DriveArlington Heights, IL 60004 | Auction proceeds | | $5,250.00 | | $5,250.00 |
| | | | Gross Receipts  $5,250.00 | | | | |
| | 22 | | 1952 STUDEBAKER  $3,750.00 | 1129-000 | | | |
| | 23 | | 1962 STUDEBAKER  $1,500.00 | 1129-000 | | | |
| 01/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.00 | $5,240.00 |
| 01/20/15 | 5001 | AMERICAN AUCTION<br>851 S. Thomas AvenueBridgeview, IL 70455 | per 1-7-15 o/c Auctioneer fees | 3610-000 | | $635.42 | $4,604.58 |
| 01/26/15 | 3 | ABBATIELLO, REBECCA<br>111 Ash StreetApartment 2Frankfort, Illinois 60423 | Tenant Rent | 1122-000 | $675.00 | | $5,279.58 |
| 01/30/15 | 27 | DNS EXTERIOR, INC.<br>A/K/A David Januski | Sale of Boat | 1129-000 | $5,000.00 | | $10,279.58 |
| 02/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.00 | $10,269.58 |
| 02/20/15 | | FIRST AMERICAN TITLE INS. CO.<br>18501 Maple Creek Drive, Suite 950Tinley Park, IL 60477 | Sale of Rosewood Real Estate | | $100,512.29 | | $110,781.87 |
| | | | Gross Receipts  $163,000.00 | | | | |
| | | | Closing Costs  ($4,927.99) | 2500-000 | | | |
| | | | Repairs on RE by Creditors  ($10,150.00) | 2420-000 | | | |
| | | | Tax & Tax Credits  ($7,629.72) | 2820-000 | | | |
| | | | Broker Commission  ($9,780.00) | 3510-000 | | | |
| | | MICHAEL J. AMWOZA | Debtor's Exemptions  ($30,000.00) | 8100-002 | | | |
| | | | Page Subtotals: | | $111,437.29 | $655.42 | |

UST Form 101-7-TDR (10/1/2010) (Page: 10)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-10749 | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | MICHAEL J. AMWOZA | Bank Name: | Associated Bank |
| | RUTHANNE AMWOZA | Account Number/CD#: | XXXXXX5223 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX9469 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 10/31/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 4 | | RESIDENCE $163,000.00 | 1110-000 | | | |
| 03/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $38.74 | $110,743.13 |
| 03/19/15 | 5002 | ADAMS LEVINE SURETY BOND AGENCY 60 EAST 42ND STREET, ROOM 965 NEW YORK, NY 10165 | BOND PREMIUM BOND# 10BSBGR6291 | 2300-000 | | $5.07 | $110,738.06 |
| 03/19/15 | 5003 | FIRST MIDWEST BANK 2801 W. Jefferson Street Joliet, IL 60435 | Document fee | 2990-000 | | $200.00 | $110,538.06 |
| 03/21/15 | 5003 | Reverses Check # 5003 | Document fee Fee Waived - no need for check | 2990-000 | | ($200.00) | $110,738.06 |
| 03/26/15 | | AMPRO PROPERTIES M J Amwoza DBA P.O. Box 514 Frankfort, IL 60423 | Transaction reversed. | 1122-000 | $2,489.53 | | $113,227.59 |
| 04/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $165.48 | $113,062.11 |
| 04/08/15 | | FIRST AMERICAN TITLE CO. 167 N. Ottawa Street, Ste 102 Joliet, IL 60432 | Sales proceeds of Commercial Prop | | $126,024.49 | | $239,086.60 |
| | | | Gross Receipts $144,000.00 | | | | |
| | | REALTY EXECUTIVES Realty Executives $4,170 Century 21 Affiliated $4,470 | ($8,640.00) | 3510-000 | | | |
| | | WILL COUNTY ASSESSOR Will County Assessor | ($2,206.99) | 4700-000 | | | |
| | | MELROSE PROPERTIES LLC Melrose Properties LLC | ($3,840.56) | 2500-000 | | | |
| | | MELROSE PROPERTIES LLC Melrose Properties LLC | ($936.46) | 2500-000 | | | |
| | | FIRST AMERICAN TITLE INS. First American Title Ins. | ($2,351.50) | 2500-000 | | | |
| | 3 | | COMMERCAIL BLDG $144,000.00 | 1110-000 | | | |

Page Subtotals: $128,514.02   $209.29

UST Form 101-7-TDR (10/1/2010) (Page: 11)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-10749 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: MICHAEL J. AMWOZA | Bank Name: Associated Bank |
| RUTHANNE AMWOZA | Account Number/CD#: XXXXXX5223 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX9469 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 10/31/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/29/15 | | AMERICAN AUCTION ASSOCIATES, INC. 508 West Brittany DriveArlington Heights, IL 60004 | Auction proceeds for vehicles | | $4,650.00 | | $243,736.60 |
| | | | Gross Receipts  $4,650.00 | | | | |
| | 26 | | 1976 RANGER BASS BOAT  $300.00 | 1129-000 | | | |
| | 24 | | 2000 JEEP CHEROKEE  $4,350.00 | 1129-000 | | | |
| 04/30/15 | 5004 | AMERICAN AUCTION 460 Irmen DriveAddison, IL 60101 | Fees - 4-11-15 Auction | 3610-000 | | $518.87 | $243,217.73 |
| 04/30/15 | | Reverses Deposit # 5 | Check not honored Bank balance did not support payment | 1122-000 | ($2,489.53) | | $240,728.20 |
| 05/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $292.47 | $240,435.73 |
| 05/14/15 | | ASSOCIATED BANK | BANK SERVICE FEES | 2600-000 | | $12.00 | $240,423.73 |
| 06/05/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $357.73 | $240,066.00 |
| 07/02/15 | 8 | AMWOZA, MICHAEL | Liquidation of bank acct | 1129-000 | $1,674.56 | | $241,740.56 |
| 07/02/15 | | MAJESTY TITLE SERVICES, LLC 4006 S. MacDill AvenueTampa, FL 33611 | Sale proceeds for vacant lot | | $1,924.40 | | $243,664.96 |
| | | | Gross Receipts  $3,500.00 | | | | |
| | | MARK MALINOWSKI Mark Malinowski | ($168.54) | 2500-000 | | | |
| | | KELLER WILLIAMS Keller Williams $175.00 Bright Realty $175.00 | ($350.00) | 3510-000 | | | |
| | | BARBARA FORD-COATES Florida Tax Collector 101 S Washington Vive Sarasota, FL 34236 | ($362.28) | 4700-000 | | | |

Page Subtotals:  $5,759.43  $1,181.07

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-10749 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: MICHAEL J. AMWOZA | Bank Name: Associated Bank |
| RUTHANNE AMWOZA | Account Number/CD#: XXXXXX5223 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX9469 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 10/31/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | MAJESTY TITLE SERVICES LLC<br>Majesty Title Services, LLC | ($694.78) | 2500-000 | | | |
| | 5 | | VACANT LOT $3,500.00 | 1110-000 | | | |
| 07/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $345.37 | $243,319.59 |
| 08/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $361.57 | $242,958.02 |
| 09/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $361.21 | $242,596.81 |
| 10/19/15 | 3 | FIRST AMERICAN TITLE INSURANCE COMP<br>8501 Maple Creek Dr, Suite 950Tinely Park, IL 60477 | Refund of closing fee | 1110-000 | $30.49 | | $242,627.30 |
| 01/18/16 | 5005 | ILLINOIS DEPARTMENT OF REVENUE<br>P.O. Box 19053Springfield, IL 62794-9053 | 2015 Return for Tax ID#81-6210476 Bankruptcy Estate of Ruthanne Amwoza<br>Bankruptcy Case No. 14-10749<br>Northern District of Illinois | 2820-000 | | $289.00 | $242,338.30 |
| 01/18/16 | 5006 | ILLINOIS DEPARTMENT OF REVENUE<br>P.O. Box 19053Springfield, IL 62794-9053 | 2015 Return for Tax ID#47-6669469 Bankruptcy Estate of Michael Amwoza<br>Bankruptcy Case No. 14-10749<br>Northern District of Illinois | 2820-000 | | $289.00 | $242,049.30 |
| 03/17/16 | 5007 | ARTHUR B. LEVINE COMPANY<br>370 Lexington Avenue, Suite 1101New York, NY 10017 | Chapter 7 Bankruptcy Bond Premium Bond Number 10BSBGR6291 | 2300-000 | | $134.03 | $241,915.27 |
| 08/31/16 | 5008 | POPOWCER KATTEN<br>35 EAST WACKER DRIVE<br>SUITE 1550<br>CHICAGO, IL 60601 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $2,397.00 | $239,518.27 |
| 08/31/16 | 5009 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Distribution | | | $19,381.21 | $220,137.06 |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. ($18,139.00) | 2100-000 | | | |

| | | | Page Subtotals: | | $30.49 | $23,558.39 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-10749 | | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | MICHAEL J. AMWOZA | | Bank Name: | Associated Bank |
| | RUTHANNE AMWOZA | | Account Number/CD#: | XXXXXX5223 |
| | | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX9469 | | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 10/31/2016 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. | ($1,242.21) | 2200-000 | | | |
| 08/31/16 | 5010 | INTERNAL REVENUE SERVICE<br>Post Office Box 7346<br>Philadelphia, PA  19101-7346 | Final distribution to claim 6 representing a payment of 100.00 % per court order. | | 5800-000 | | $28,868.25 | $191,268.81 |
| 08/31/16 | 5011 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | Final distribution to claim 1 representing a payment of 35.27 % per court order. | | 7100-000 | | $5,471.23 | $185,797.58 |
| 08/31/16 | 5012 | LAURA SIEBERT<br>816 Fargo, Apt. 3<br>Geneva, IL  60134 | Final distribution to claim 2 representing a payment of 35.27 % per court order. | | 7100-000 | | $3,294.72 | $182,502.86 |
| 08/31/16 | 5013 | CAPITAL ONE BANK (USA), N.A.<br>American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Final distribution to claim 3 representing a payment of 35.27 % per court order. | | 7100-000 | | $10,258.27 | $172,244.59 |
| 08/31/16 | 5014 | CAPITAL ONE BANK (USA), N.A.<br>American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Final distribution to claim 4 representing a payment of 35.27 % per court order. | | 7100-000 | | $1,340.52 | $170,904.07 |
| 08/31/16 | 5015 | COMMUNITY INVESTMENT CORP<br>c/o Hauselman Rappin & Olswang Ltd<br>39 S. LaSalle St., Suite 1105<br>Chicago, IL  60603 | Final distribution to claim 5 representing a payment of 35.27 % per court order. | | 7100-000 | | $160,211.71 | $10,692.36 |
| 08/31/16 | 5016 | INTERNAL REVENUE SERVICE<br>INTERNAL REVENUE SERVICE | Final distribution to claim 6 representing a payment of 35.27 % per court order. | | 7100-000 | | $4,050.30 | $6,642.06 |
| 08/31/16 | 5017 | JOHN R. AMWOZA<br>71 West Street<br>Bristol, IL  60512 | Final distribution to claim 9 representing a payment of 35.27 % per court order. | | 7100-000 | | $2,821.43 | $3,820.63 |
| 08/31/16 | 5018 | AMERICAN EXPRESS BANK, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  19355-0701 | Final distribution to claim 10 representing a payment of 35.27 % per court order. | | 7100-000 | | $2,070.77 | $1,749.86 |
| | | | Page Subtotals: | | | $0.00 | $218,387.20 | |

UST Form 101-7-TDR (10/1/2010)  (Page: 14)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-10749 | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | MICHAEL J. AMWOZA | Bank Name: | Associated Bank |
| | RUTHANNE AMWOZA | Account Number/CD#: | XXXXXX5223 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX9469 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 10/31/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/31/16 | 5019 | CITIBANK, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City, OK  73124-8840 | Final distribution to claim 11 representing a payment of 35.27 % per court order. | 7100-000 | | $1,749.86 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $245,741.23 | $245,741.23 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $245,741.23 | $245,741.23 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $245,741.23 | $245,741.23 |

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

Page Subtotals:    $0.00    $1,749.86

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5223 - Checking Account (Non-Interest Earn | $245,741.23 | $245,741.23 | $0.00 |
|  | $245,741.23 | $245,741.23 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $82,038.82 |
| Total Net Deposits: | $245,741.23 |
| Total Gross Receipts: | $327,780.05 |

Page Subtotals:   $0.00    $0.00